UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-0556 CRB |
| Plaintiff, ) | |
| ) | [Proposed] |
| v. ) | **ORDER PERMITTING TRAVEL** |
| CHARMETRA URSSERY, ) | |
| Defendant. ) | |

Pursuant to the *ex parte* application submitted by Defendant Charmetra Urssery, with the consent of the supervising Pretrial Services Officer and the Assistant U.S. Attorney handling this matter, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Charmetra Urssery shall be permitted to travel to and from New Orleans, Louisiana, from February 14-20, 2013.

IT IS FURTHER ORDERED that Defendant Charmetra Urssery shall provide to Pretrial Services any further information requested for each of the places he will travel, and he will comply with any additional requirements that Pretrial Services may direct.

IT IS SO ORDERED.

Dated: February __, 2013

Maria Elena James
United States Magistrate Judge